UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| GARY WAYNE SUTTON | ) | |
| | ) | |
| *Petitioner,* | ) | |
| v. | ) | No. 3:06-cv-388 |
| | ) | (*VARLAN/SHIRLEY*) |
| RICKY BELL, WARDEN, | ) | |
| | ) | DEATH PENALTY |
| *Respondent.* | ) | |

## ORDER

This is a petition for a writ of habeas corpus brought pursuant to 28 U.S.C. § 2254 filed by Gary Wayne Sutton ("Sutton"), a death-sentenced state prisoner confined at the Riverbend Maximum Security Institution in Nashville, Tennessee (Doc. 14). Presently before the Court is Respondent's motion requesting a scheduling conference to amend the present scheduling order. In support of this motion, Respondent asserts the caseloads and obligations of both counsel necessitate a change in the original scheduling order and requests the hearing for the purpose of setting new deadlines for the filing of the remaining pleadings and for conducting any hearings (Doc. 21). The motion for a scheduling conference is **GRANTED** (Doc. 21).

It is **ORDERED** that a conference with the Magistrate Judge C. Clifford Shirley, Jr. is set to commence on **Wednesday, July 18, 2007, at 1:30 p.m. (eastern time)** in Courtroom 3B, 800 Market Street, Knoxville, Tennessee to discuss the scheduling of this case, time limits, hearing dates, and other relevant matters.

1

Also before the Court is Petitioner's motion for reconsideration (Doc. 19) and Respondent's motion for extension of time to file a response (Doc. 22). The parties agree the scheduling conference will resolve the issues raised in these motions. Accordingly, Petitioner's motion for reconsideration (Doc. 19) and Respondent's motion for extension of time (Doc. 22) are **DENIED as MOOT**.

IT IS SO ORDERED.

E N T E R :

    s/ C. Clifford Shirley, Jr.
United States Magistrate Judge