UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| GARY WAYNE SUTTON | ) |
| | ) |
|    *Petitioner,* | ) |
| v. | )   No. 3:06-cv-388 |
| | )   (*VARLAN/SHIRLEY*) |
| RICKY BELL, WARDEN, | ) |
| | )   DEATH PENALTY |
|    *Respondent.* | ) |

## AMENDMENT TO SCHEDULING ORDER

The Court previously entered a scheduling order in this case on December 14, 2006 (Doc. 4). Upon Respondent's motion for a scheduling conference to amend the initial scheduling order (Doc. 21), the Undersigned Magistrate Judge conducted a scheduling conference on Friday, July 13, 2007. Steve Kissinger, counsel for petitioner, Gary Wayne Sutton, and Clay Lutz, counsel for respondent, Ricky Bell, were present. The initial scheduling order (Doc. 4) is **AMENDED** as follows:

    3.     ***Pleadings and Motions:***

    (d)     The respondent shall file his answer to the amended habeas petition on or before **Friday, August 3, 2007**.

    5.     ***Disclosure and Discovery***

    (a)     Respondent shall file his response to petitioner's motion for discovery on or before **Monday, August 20, 2007**, and petitioner shall file any reply to respondent's response on or before **Friday, August 31, 2007**.

All other dates and deadlines set in the original scheduling order entered December 14, 2006 (Doc. 4), shall remain the same.

SO ORDERED.

E N T E R :

   s/ C. Clifford Shirley, Jr.   
United States Magistrate Judge