UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| GARY WAYNE SUTTON ) | |
| ) | |
| *Petitioner,* ) | |
| v. ) | No. 3:06-cv-388 |
| ) | (*VARLAN/SHIRLEY*) |
| RICKY BELL, WARDEN, ) | |
| ) | DEATH PENALTY |
| *Respondent.* ) | |

## **ORDER**

Petitioner Gary Wayne Sutton ("Sutton"), a state prisoner confined in the Riverbend Maximum Security Institution in Nashville, Tennessee under a sentence of death, has filed a petition for the writ of habeas corpus brought pursuant to 28 U.S.C. § 2254 (Doc. 14). Petitioner filed his first motion for discovery on May 18, 2007 (Doc. 15). Petitioner filed a motion to amend his discovery motion (Doc. 25) on July 9, 2007, which is **GRANTED** (Doc. 25).[1] Respondent's response to Petitioner's first motion for discovery was due on Monday, June 4, 2007. Upon motion of the Respondent the Court conducted a second scheduling conference and amended the scheduling order in several respects (Doc. 28). The amended scheduling order required Respondent to file a response to the discovery motion on August 20, 2007.

Subsequent to email discussions between the parties and the Court, the parties have filed a joint motion requesting to extend the time for Respondent to file a response to the amended motion for discovery and to extend the time for Petitioner to file a motion to expand the record (Doc. 32).

---

[1] The amended motion was also filed on July 9, 2007 (Doc. 26))

1

For good cause shown, the motion for an extension of time is **GRANTED** (Doc. 32). Accordingly, Respondent **SHALL** file a response to Petitioner's discovery motion on or before **August 24, 2007, no later than 4:00 p.m.** Any motion filed by Petitioner to expand the record **SHALL** be filed on or before **September 7, 2007.** Absent an emergency, this will be the last extension granted to change any of the dates in the amended scheduling order.

SO ORDERED.

E N T E R :

s/ C. Clifford Shirley, Jr.
United States Magistrate Judge