UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| GARY WAYNE SUTTON, | ) | |
|---|---|---|
| *Petitioner*, | ) | |
| v. | ) | No.: 3:06-cv-388 |
| | ) | (VARLAN/SHIRLEY) |
| RICKY BELL, WARDEN, | ) | |
| | ) | DEATH PENALTY |
| *Respondent*. | ) | |

## ORDER

For the reasons expressed in the Court's memorandum filed herewith, it is hereby **ORDERED** an evidentiary hearing on the claims pertaining to Dr. Harlan will be held in Knoxville on **Monday, February 1, 2010, at 10:00 a.m.** and the Court will **RESERVE RULING** on Petitioner's cumulative error claim pending resolution of the Dr. Harlan claims. In addition, Sutton's claim that he cannot be executed because he is incompetent is **DISMISSED WITHOUT PREJUDICE**. As to all other claims, Respondent's motion for summary judgment is **GRANTED** [Doc. 30]. The Court will **RESERVE RULING** on a Certificate of Appealabilty as to the dismissed claims pending the conclusion of the evidentiary hearing.

**IT IS SO ORDERED.**

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE